IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| YORWIN YEPEZ PERDOMO, | * | |
| Petitioner, | * | |
| v. | | Case No. 4:26-CV-00385-CDL-AGH |
| | * | |
| WARDEN JASON STREEVAL, | | |
| | * | |
| Respondent. | | |
| | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated September 16, 2026, and for the reasons stated therein, JUDGMENT is hereby entered, dismissing this case.

This 17th day of September, 2026.

David W. Bunt, Clerk

s/ Angelica E. Niccolai, Deputy Clerk